**0      34 52**

NO OPINION
EVER ISSUED
BY THIS
    NUMBER